DEAN M. GLOSTER, State Bar No. 109313
MARK D. PETERSEN, State Bar No. 111956
KELLY A. WOODRUFF, State Bar No. 160235
FARELLA BRAUN + MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94014
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dgloster@fbm.com
mpetersen@fbm.com
kwoodruff@fbm.com

Counsel for Defendants Scott Salyer, individually and as
Trustee of the Scott Salyer Revocable Trust, SKPM
Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone
Ranch Corporation, Monterey Peninsula Farms, CSSS,
LP, SKF Aviation, LLC, Salyer Management Company,
LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
SSC Farms II, LLC and SSC Farms III, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>    Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>FRED SAYLER IRREVOCABLE TRUST, *et al.*,<br><br>    Defendants.<br><br> *[Caption continued on next pages]* | Civ. No. S-11-1839 LKK<br><br><br>Bankruptcy Adv. Proc. No.  10-02017 |

Substitution of Counsel and  Order Thereon
27019\2757743.1

| | | |
|---|---|---|
| 1 | In re: | |
| 2 | | |
| 3 | SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| 4 | Debtors. | Civ. No. S-11-1840 LKK |
| 5 | BRADLEY SHARP, Chapter 11 Trustee, | |
| 6 | Plaintiff, | |
| 7 | v. | Bankruptcy Adv. Proc. No.  10-02016 |
| 8 | SKF AVIATION, LLC, *et al.*, | |
| 9 | Defendants. | |
| 10 | In re: | |
| 11 | | |
| 12 | SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| 13 | Debtors. | |
| 14 | BRADLEY SHARP, Chapter 11 Trustee, | Civ. No. S-11-1841 LKK |
| 15 | Plaintiff, | |
| 16 | v. | Bankruptcy Adv. Proc. No.  10-02014 |
| 17 | SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al.*, | |
| 18 | | |
| 19 | Defendants. | |
| 20 | In re: | |
| 21 | SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| 22 | | |
| 23 | Debtors. | Civ. No. S-11-1842 LKK |
| 24 | BRADLEY SHARP, Chapter 11 Trustee, | |
| | Plaintiff, | |
| 25 | v. | Bankruptcy Adv. Proc. No.  09-02692 |
| 26 | SSC FARMS 1, LLC, *et al.*, | |
| 27 | Defendants. | |
| 28 | | |

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

Appellant,

v.

SCOTT SALYER, *et al.*,

Appellees.

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

Appellant,

v.

CSSS, L.P.,

Appellee.

Civ. No. S-11-1845 LKK

Bankruptcy Adv. Proc. No.  10-02015

Civ. No. S-11-1847 LKK

Bankruptcy Adv. Proc. No.  09-02543

Substitution of Counsel  and  Order Thereon
27019\2757743.1

| | |
|---|---|
| In re: | |
| SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1849 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No.  11-02339 |
| Appellant, | |
| v. | |
| CALIFORNIA FRANCHISE TAX BOARD, *et al.*, | |
| Appellees. | |

| | |
|---|---|
| In re: | |
| SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1850 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No.  11-02339 |
| Appellant, | |
| v. | |
| CALIFORNIA FRANCHISE TAX BOARD, *et al.*, | |
| Appellees. | |

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

             Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

             Appellant,

v.

CARY SCOTT COLLINS, *et al.*,

             Appellees.

Civ. No. S-11-1853 LKK

Bankruptcy Adv. Proc. No.  11-02340

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

             Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

             Appellant,

v.

CARY SCOTT COLLINS, *et al.*,

             Appellees.

Civ. No. S-11-1855 LKK

Bankruptcy Adv. Proc. No.  11-02340

**SUBSTITUTION OF COUNSEL AND ORDER THEREON**

Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

Substitution of Counsel and  Order Thereon
27019\2757743.1

1    Kirby in the above-captioned matter.

2            Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC,

3    SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF

4    Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods,

5    LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC

6    Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place

7    of Nageley Meredith & Miller, Inc. in the above-captioned matter.

8    Dated:  September 9, 2011
                                    _____/s/  Scott Salyer_____
9                                   SCOTT SALYER

10
     Dated:  September 9, 2011      SCOTT SALYER REVOCABLE TRUST
11

12                                  By:__/s/  Scott Salyer_____
                                       SCOTT SALYER, TRUSTEE
13

14   Dated:  September 9, 2011      SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC,
                                    SKF AVIATION, LLC and BLACKSTONE RANCH
15                                  CORPORATION

16
                                    By:__/s/  Scott Salyer_____
17                                     SCOTT SALYER

18

19   Dated:  September 9, 2011      MONTEREY PENINSULA FARMS, SK FROZEN
                                    FOODS, LLC, CSSS, LP, SALYER MANAGEMENT
20                                  COMPANY, LLC, SK FARMS SERVICES, LLC, SS
                                    FARMS, LLC, SSC FARMING, LLC, SSC FARMS I,
21                                  LLC, SSC FARMS II, LLC and SSC FARMS III, LLC

22
                                    By:__/s/  Robert Pruett_____
23                                     ROBERT PRUETT, MANAGER

24

25

26

27

28

Substitution of Counsel and  Order Thereon
27019\2757743.1

1

2        The above substitution is hereby accepted.

3    Dated:  September 9, 2011          FELDERSTEIN FITZGERALD
                                        WILLOUGHBY & PASCUZZI LLP

4

5                                       By: _/s/  Paul J. Pascuzzi_____
                                            PAUL J. PASCUZZI

6

7    Dated:  September 9, 2011          SEGAL & KIRBY

8                                       By: _/s/  Malcom S. Segal_____
                                            MALCOM S. SEGAL

9

10   Dated:  September 9, 2011          NAGELEY MEREDITH & MILLER, INC.

11

12                                      By: _/s/  Andrea M. Miller_____
                                            ANDREA M. MILLER

13

14

15       Farella Braun + Martel LLP hereby consents to the above substitution.

16   Dated:  September 9, 2011          FARELLA BRAUN & MARTEL LLP

17

18                                      By: _/s/  Kelly A. Woodruff_____
                                            KELLY A. WOODRUFF

19   IT IS SO ORDERED.

20   Dated:   September 16, 2011

21

22

23                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
24                                      UNITED STATES DISTRICT COURT

25

26

27

28

Substitution of Counsel and  Order Thereon
27019\2757743.1