1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                     EASTERN DISTRICT OF CALIFORNIA

7
    In re:
8
    SK FOODS, L.P., a California
9   limited partnership, et al.,

10            Debtors.

11  BRADLEY D. SHARP, Chapter 11
    Trustee,
12
              Appellant,
13
                   v.                      CIV. NO. S-11-1839 LKK
14
    FRED SALYER IRREVOCABLE
15  TRUST,

16            Appellee.
    _____/
17
    In re:
18
    SK FOODS, L.P., a California
19  limited partnership, et al.,

20            Debtors.

21  BRADLEY D. SHARP, Chapter 11
    Trustee,
22
              Appellant,
23
                   v.                      CIV. NO. S-11-1840 LKK
24
    SKF AVIATION, LLC, et al.,
25
              Appellees.
26  _____/

1   In re:

2   SK FOODS, L.P., a California
    limited partnership, et al.,
3
              Debtors.
4
    BRADLEY D. SHARP, Chapter 11
5   Trustee,

6             Appellant,

7             v.                          CIV. NO. S-11-1841 LKK

8   SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
9   Trust, et al.,

10            Appellees.
    _____/
11  In re:

12  SK FOODS, L.P., a California
    limited partnership, et al.,
13
              Debtors.
14
    BRADLEY D. SHARP, Chapter 11
15  Trustee,

16            Appellant,

17            v.                          CIV. NO. S-11-1842 LKK

18  SSC FARMS 1, LLC, et al.,

19            Appellees.
    _____/
20  In re:

21  SK FOODS, L.P., a California
    limited partnership, et al.,
22
              Debtors.
23
    BANK OF MONTREAL, as
24  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
25  L.P. and RHM Industrial
    Specialty Foods, Inc, a
26  California corporation, d/b/a

                        2

1  Colusa County Canning Co.,

2          Appellant,

3               v.                          CIV. NO. S-11-1845 LKK

4  SCOTT SALYER, et al.,

5          Appellees.
   _____/

6  In re:

7  SK FOODS, L.P., a California
   limited partnership, et al.,

8
           Debtors.

9
   BANK OF MONTREAL, as
10 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
11 L.P. and RHM Industrial
   Specialty Foods, Inc, a
12 California corporation, d/b/a
   Colusa County Canning Co.,

13
           Appellant,

14
               v.                          CIV. NO. S-11-1846 LKK

15
   INTERNAL REVENUE SERVICE, et al.,

16
           Appellees.
17 _____/
   In re:

18
   SK FOODS, L.P., a California
19 limited partnership, et al.,

20         Debtors.

21 BANK OF MONTREAL, as
   Administrative Agent, successor
22 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
23 Specialty Foods, Inc, a
   California corporation, d/b/a
24 Colusa County Canning Co.,             CIV. NO. S-11-1847 LKK

25         Appellant,

26               v.

3

1  CSSS, L.P.,

2          Appellee.
   _____/

3  In re:

4  SK FOODS, L.P., a California
   limited partnership, et al.,

5
            Debtors.
6
   BANK OF MONTREAL, as
7  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
8  L.P. and RHM Industrial
   Specialty Foods, Inc, a
9  California corporation, d/b/a
   Colusa County Canning Co.,            CIV. NO. S-11-1849 LKK

10
            Appellant,
11
                 v.
12
   CALIFORNIA FRANCHISE TAX
13 BOARD, et al.,

14         Appellees.
   _____/

15 In re:

16 SK FOODS, L.P., a California
   limited partnership, et al.,

17
            Debtors.
18
   BANK OF MONTREAL, as
19 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
20 L.P. and RHM Industrial
   Specialty Foods, Inc, a
21 California corporation, d/b/a
   Colusa County Canning Co.,            CIV. NO. S-11-1850 LKK

22
            Appellant,
23
                 v.
24
   CALIFORNIA FRANCHISE TAX
25 BOARD, et al.,

26         Appellees.

                         4

1     _____/

    In re:

2

    SK FOODS, L.P., a California

3     limited partnership, et al.,

4           Debtors.

5     BANK OF MONTREAL, as
    Administrative Agent, successor

6     by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial

7     Specialty Foods, Inc, a
    California corporation, d/b/a

8     Colusa County Canning Co.,                CIV. NO. S-11-1853 LKK

9           Appellant,

10             v.

11     CARY SCOTT COLLINS, et al.,

12           Appellees.
    _____/

13

    In re:

14

    SK FOODS, L.P., a California

15     limited partnership, et al.,

16           Debtors.

17     BANK OF MONTREAL, as
    Administrative Agent, successor

18     by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial

19     Specialty Foods, Inc, a
    California corporation, d/b/a

20     Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK

21           Appellant,

22             v.
                                  O R D E R

23     CARY SCOTT COLLINS, et al.,

24           Appellees.
    _____/

25

26     ////

1      The hearing on this appeal is hereby re-scheduled for April

2   23, 2012 at 10:00 a.m.

3      The parties are advised that Frederick Scott Salyer has

4   entered a plea of guilty, U.S. v. Salyer, 10 Cr. 61 (March 23,

5   2012), and that a contested sentencing hearing is currently

6   scheduled for July 10, 2012.

7      Appellees shall therefore file a letter with this court no

8   later than seven days from the date of this order advising this

9   court whether they still require a stay of the bankruptcy court

10  proceedings, in light of the guilty plea.  The letter shall be no

11  longer than two pages in length, and shall only advise the court,

12  and shall not argue, re-argue or supplement their appeal papers.

13     Appellant (the Trustee), may file a responsive letter, no

14  later than seven days from the date of appellees' letter, which

15  shall be subject to the same constraints as were imposed on

16  appellees.

17     IT IS SO ORDERED.

18     DATED:  March 26, 2012.

19

20

21

22                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
23                          UNITED STATES DISTRICT COURT

24

25

26

                              6