UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FREDERICK SCOTT SALYER,

        Defendant.

_____/

CR. NO. S-10-061 LKK

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

        v.

SSC FARMS 1, LLC, et al.,

        Appellees.

_____/

CIV. NO. S-12-0775 JAM

////

////

////

////

1  In re:

2  SK FOODS, L.P., a California
   limited partnership, et al.,

3
            Debtors.

4
   BRADLEY D. SHARP, Chapter 11

5  Trustee,

6            Appellant,

7                 v.                          CIV. NO. S-11-1839 LKK

8  FRED SALYER IRREVOCABLE TRUST,

9            Appellee.
   _____/

10 In re:

11 SK FOODS, L.P., a California
   limited partnership, et al.,

12
            Debtors.

13
   BRADLEY D. SHARP, Chapter 11

14 Trustee,

15           Appellant,

16                v.                          CIV. NO. S-11-1840 LKK

17 SKF AVIATION, LLC, et al.,

18           Appellees.

19 _____/
   In re:

20
   SK FOODS, L.P., a California

21 limited partnership, et al.,

22           Debtors.

23 BRADLEY D. SHARP, Chapter 11
   Trustee,

24
            Appellant,

25 ////

26 ////

2

```
 1                    v.                    CIV. NO. S-11-1842 LKK

 2  SSC FARMS 1, LLC, et al.,

 3            Appellees.
    _____/
 4  In re:

 5  SK FOODS, L.P., a California
    limited partnership, et al.,
 6
              Debtors.
 7
    BANK OF MONTREAL, as
 8  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 9  L.P. and RHM Industrial
    Specialty Foods, Inc, a
10  California corporation, d/b/a
    Colusa County Canning Co.,
11
              Appellant,
12
                    v.                    CIV. NO. S-11-1845 LKK
13
    SCOTT SALYER, et al.,
14
              Appellees.
15  _____/
    In re:
16
    SK FOODS, L.P., a California
17  limited partnership, et al.,

18            Debtors.

19  BANK OF MONTREAL, as Administrative
    Agent, successor by Assignment to
20  Debtors SK Foods, L.P. and RHM
    Industrial Specialty Foods, Inc, a
21  California corporation, d/b/a
    Colusa County Canning Co.,
22
              Appellant,
23
                    v.                    CIV. NO. S-11-1846 LKK
24
    INTERNAL REVENUE SERVICE, et al.,
25
              Appellees.
26  _____/
```

1  In re:

2  SK FOODS, L.P., a California
   limited partnership, et al.,

3
               Debtors.

4
   BANK OF MONTREAL, as
5  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
6  L.P. and RHM Industrial
   Specialty Foods, Inc, a
7  California corporation, d/b/a
   Colusa County Canning Co.,                 CIV. NO. S-11-1847 LKK

8
               Appellant,

9
                    v.

10
   CSSS, L.P.,

11
               Appellee.

12  _____/

    In re:
13
    SK FOODS, L.P., a California
14  limited partnership, et al.,

15             Debtors.

16  BANK OF MONTREAL, as
    Administrative Agent, successor
17  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
18  Specialty Foods, Inc, a
    California corporation, d/b/a
19  Colusa County Canning Co.,                 CIV. NO. S-11-1849 LKK

20             Appellant,

21                  v.

22  CALIFORNIA FRANCHISE TAX
    BOARD, et al.,

23
               Appellees.

24  _____/

    In re:
25
    SK FOODS, L.P., a California
26  limited partnership, et al.,

4

1          Debtors.

2   BANK OF MONTREAL, as
    Administrative Agent, successor
3   by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
4   Specialty Foods, Inc, a
    California corporation, d/b/a
5   Colusa County Canning Co.,                    CIV. NO. S-11-1850 LKK

6          Appellant,

7               v.

8   CALIFORNIA FRANCHISE TAX
    BOARD, et al.,
9
           Appellees.
10  _____/

    In re:
11
    SK FOODS, L.P., a California
12  limited partnership, et al.,

13         Debtors.

14  BANK OF MONTREAL, as
    Administrative Agent, successor
15  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
16  Specialty Foods, Inc, a
    California corporation, d/b/a
17  Colusa County Canning Co.,                    CIV. NO. S-11-1853 LKK

18         Appellant,

19              v.

20  CARY SCOTT COLLINS, et al.,

21         Appellees.
    _____/
22  In re:

23  SK FOODS, L.P., a California
    limited partnership, et al.,
24
           Debtors.
25
    BANK OF MONTREAL, as
26  Administrative Agent, successor

5

1 by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
2 Specialty Foods, Inc, a
California corporation, d/b/a
3 Colusa County Canning Co.,                    CIV. NO. S-11-1855 LKK

4           Appellant,

5           v.
                                        **RELATED CASE ORDER**
6 CARY SCOTT COLLINS, et al.,

7           Appellees.
                                        /
8

9      Non-parties Cary Collins and Collins and Associates in the

10 above-captioned bankruptcy appeal have filed a Notice of Related

11 Cases.

12      The above-captioned bankruptcy matter appears to be related

13 to the previously related cases 2:11-CV-1839-LKK, 2:11-CV-01840,

14 2:11-CV-1842,   2:11-CV-1845,   2:11-CV-1846,   2:11-CV-1847,

15 2:11-CV-1849, 2:11-CV-1850, 2:11-CV-1853, and 2:11-CV-1855.

16      Related cases are generally assigned to the judge presiding

17 over the case with the lowest number.  See E.D. Cal. R. 123(c).

18 Accordingly the court ORDERS as follows:

19      1. The action denominated 2:12-CV-0775 JAM is REASSIGNED to

20 Senior Judge Lawrence K. Karlton for all further proceedings.

21      2.  Henceforth,  the  caption  on  documents  filed  in  the

22 reassigned case shall be shown as 2:12-CV-0775 LKK.

23      3. The Clerk of the Court shall make appropriate adjustment

24 in  the  assignment  of  civil  cases  to  compensate  for  this

25 reassignment.

26 ////

1          IT IS SO ORDERED.

2    DATED:   March 29, 2012.

LAWRENCE K. KARLTON
3                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26