UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

          Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

          Appellant,

             v.                        CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

          Appellee.
_____/
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

          Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

          Appellant,

             v.                        CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

          Appellees.
_____/
In re:
```

```
 1  SK FOODS, L.P., a California
    limited partnership, et al.,
 2
                Debtors.
 3
    BRADLEY D. SHARP, Chapter 11
 4  Trustee,

 5              Appellant,

 6                  v.                          CIV. NO. S-11-1841 LKK

 7  SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
 8  Trust, et al.,

 9              Appellees.
    _____/
10  In re:

11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
                Debtors.
13
    BRADLEY D. SHARP, Chapter 11
14  Trustee,

15              Appellant,

16                  v.                          CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18              Appellees.
    _____/
19  In re:

20  SK FOODS, L.P., a California
    limited partnership, et al.,
21
                Debtors.
22
    BANK OF MONTREAL, as
23  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
24  L.P. and RHM Industrial
    Specialty Foods, Inc, a
25  California corporation, d/b/a
    Colusa County Canning Co.,

26
```

```
 1            Appellant,

 2                 v.                              CIV. NO. S-11-1845 LKK

 3  SCOTT SALYER, et al.,

 4            Appellees.
    _____/
 5  In re:

 6  SK FOODS, L.P., a California
    limited partnership, et al.,
 7
              Debtors.
 8
    BANK OF MONTREAL, as
 9  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
10  L.P. and RHM Industrial
    Specialty Foods, Inc, a
11  California corporation, d/b/a
    Colusa County Canning Co.,
12
              Appellant,
13
                   v.                              CIV. NO. S-11-1846 LKK
14
    INTERNAL REVENUE SERVICE, et al.,
15
              Appellees.
16  _____/
    In re:
17
    SK FOODS, L.P., a California
18  limited partnership, et al.,

19            Debtors.

20  BANK OF MONTREAL, as
    Administrative Agent, successor
21  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
22  Specialty Foods, Inc, a
    California corporation, d/b/a
23  Colusa County Canning Co.,           CIV. NO. S-11-1847 LKK

24            Appellant,

25                 v.

26  CSSS, L.P.,
```

3

```
 1              Appellee.
    _____/
 2  In re:

 3  SK FOODS, L.P., a California
    limited partnership, et al.,
 4
                Debtors.
 5
    BANK OF MONTREAL, as
 6  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 7  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 8  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
 9
                Appellant,
10
                    v.
11
    CALIFORNIA FRANCHISE TAX
12  BOARD, et al.,

13              Appellees.
    _____/
14  In re:

15  SK FOODS, L.P., a California
    limited partnership, et al.,
16
                Debtors.
17
    BANK OF MONTREAL, as
18  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
19  L.P. and RHM Industrial
    Specialty Foods, Inc, a
20  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
21
                Appellant,
22
                    v.
23
    CALIFORNIA FRANCHISE TAX
24  BOARD, et al.,

25              Appellees.
    _____/
26
```

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BANK OF MONTREAL, as
 5  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 6  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 7  California corporation, d/b/a
    Colusa County Canning Co.,                CIV. NO. S-11-1853 LKK
 8
              Appellant,
 9
                    v.
10
    CARY SCOTT COLLINS, et al.,
11
              Appellees.
12  _____/

13  In re:

14  SK FOODS, L.P., a California
    limited partnership, et al.,
15
              Debtors.
16
    BANK OF MONTREAL, as
17  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
18  L.P. and RHM Industrial
    Specialty Foods, Inc, a
19  California corporation, d/b/a
    Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK
20
              Appellant,
21
                    v.
22                                                  O R D E R
    CARY SCOTT COLLINS, et al.,
23
              Appellees.
24  _____/

25  ////

26  ////
```

1        The April 23, 2012 hearing on this appeal is removed from the
2   calendar.
3        The court notes that counsel for appellees, Farella Braun +
4   Martel LLP, has moved in the Bankruptcy Court to withdraw as
5   counsel and has similarly moved in some, but not all, of the
6   Bankruptcy Court appeals. A hearing on that motion is scheduled
7   for April 30, 2012 in the Bankruptcy Court.
8        Counsel for appellees shall therefore file a letter with this
9   court no later than seven days from the date of this order advising
10  this court whether they seek a withdrawal from this appeal.
11       IT IS SO ORDERED.
12       DATED: April 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT