```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

           Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

           Appellant,

              v.                          CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

           Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

           Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

           Appellant,

              v.                          CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

           Appellees.
_____/
In re:
```

```
 1  SK FOODS, L.P., a California
    limited partnership, et al.,
 2
               Debtors.
 3
    BRADLEY D. SHARP, Chapter 11
 4  Trustee,

 5             Appellant,

 6                v.                          CIV. NO. S-11-1841 LKK

 7  SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
 8  Trust, et al.,

 9             Appellees.
    _____/
10  In re:

11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
               Debtors.
13
    BRADLEY D. SHARP, Chapter 11
14  Trustee,

15             Appellant,

16                v.                          CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18             Appellees.
    _____/
19  In re:

20  SK FOODS, L.P., a California
    limited partnership, et al.,
21
               Debtors.
22
    BANK OF MONTREAL, as
23  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
24  L.P. and RHM Industrial
    Specialty Foods, Inc, a
25  California corporation, d/b/a
    Colusa County Canning Co.,
26
```

2

```
                Appellant,

                   v.                      CIV. NO. S-11-1845 LKK

SCOTT SALYER, et al.,

                Appellees.
_____/
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

                Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,

                Appellant,

                   v.                      CIV. NO. S-11-1846 LKK

INTERNAL REVENUE SERVICE, et al.,

                Appellees.
_____/
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

                Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,         CIV. NO. S-11-1847 LKK

                Appellant,

                   v.

CSSS, L.P.,
```

```
 1              Appellee.
   _____/
 2  In re:

 3  SK FOODS, L.P., a California
    limited partnership, et al.,
 4
                Debtors.
 5
    BANK OF MONTREAL, as
 6  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 7  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 8  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
 9
                Appellant,
10
                      v.
11
    CALIFORNIA FRANCHISE TAX
12  BOARD, et al.,

13              Appellees.
    _____/
14  In re:

15  SK FOODS, L.P., a California
    limited partnership, et al.,
16
                Debtors.
17
    BANK OF MONTREAL, as
18  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
19  L.P. and RHM Industrial
    Specialty Foods, Inc, a
20  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
21
                Appellant,
22
                      v.
23
    CALIFORNIA FRANCHISE TAX
24  BOARD, et al.,

25              Appellees.
    _____/
26
```

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
                Debtors.
 4
    BANK OF MONTREAL, as
 5  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 6  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 7  California corporation, d/b/a
    Colusa County Canning Co.,                 CIV. NO. S-11-1853 LKK
 8
                Appellant,
 9
                      v.
10
    CARY SCOTT COLLINS, et al.,
11
                Appellees.
12  _____/

13  In re:

14  SK FOODS, L.P., a California
    limited partnership, et al.,
15
                Debtors.
16
    BANK OF MONTREAL, as
17  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
18  L.P. and RHM Industrial
    Specialty Foods, Inc, a
19  California corporation, d/b/a
    Colusa County Canning Co.,                 CIV. NO. S-11-1855 LKK
20
                Appellant,
21
                      v.
22                                                  O R D E R
    CARY SCOTT COLLINS, et al.,
23
                Appellees.
24  _____/

25  ////

26  ////
```

1  The court is in receipt of a letter from counsel for
2 appellees, Farella Braun + Martel LLP, stating that it does not
3 seek to withdraw as counsel from this appeal.  Accordingly, the
4 Trustee's appeal shall be heard on June 4, 2012 at 10:00 a.m. in
5 this court.
6  IT IS SO ORDERED.
7  DATED:  May 8, 2012.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```