UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/
BRADLEY D. SHARP, et al.,

        Plaintiffs,

             v.                    CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST, et al.,

        Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/
BRADLEY D. SHARP, et al.,

        Plaintiffs,

             v.                    CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

        Defendants.
_____/
```

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership,
 3
            Debtors.
 4  _____/
    BRADLEY D. SHARP, et al.,
 5
            Plaintiffs,
 6
                 v.                          CIV. NO. S-11-1841 LKK
 7
    SCOTT SALYER, as trustee of
 8  the Scott Salyer Revocable
    Trust, et al.,
 9
            Defendants.
10  _____/
    In re:
11
    SK FOODS, L.P., a California
12  limited partnership,

13          Debtors.
    _____/
14  BRADLEY D. SHARP, et al.,

15          Plaintiffs,

16               v.                          CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18          Defendants.
    _____/
19  In re:

20  SK FOODS, L.P., a California
    limited partnership,
21
            Debtors.
22  _____/
    BANK OF MONTREAL, as
23  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
24  L.P. and RHM Industrial
    Specialty Foods, Inc, a
25  California corporation, d/b/a
    Colusa County Canning Co.,
26
```

```
 1           Appellant,

 2              v.                          CIV. NO. S-11-1845 LKK

 3  SCOTT SALYER, et al.,

 4           Appellees.
    _____/
 5  In re:

 6  SK FOODS, L.P., a California
    limited partnership,
 7
             Debtors.
 8  _____/
    BANK OF MONTREAL, as
 9  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
10  L.P. and RHM Industrial
    Specialty Foods, Inc, a
11  California corporation, d/b/a
    Colusa County Canning Co.,
12
             Appellant,
13
                v.                          CIV. NO. S-11-1846 LKK
14
    INTERNAL REVENUE SERVICE, et al.,
15
             Appellees.
16  _____/
    In re:
17
    SK FOODS, L.P., a California
18  limited partnership, et al.,

19           Debtors.

20  BANK OF MONTREAL, as
    Administrative Agent, successor
21  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
22  Specialty Foods, Inc, a
    California corporation, d/b/a
23  Colusa County Canning Co.,         CIV. NO. S-11-1847 LKK

24           Appellant,

25              v.

26  CSSS, L.P.,
```

```
 1              Appellee.
    _____/
 2  In re:

 3  SK FOODS, L.P., a California
    limited partnership, et al.,
 4
                Debtors.
 5
    BANK OF MONTREAL, as
 6  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 7  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 8  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
 9
                Appellant,
10
                     v.
11
    CALIFORNIA FRANCHISE TAX
12  BOARD, et al.,

13              Appellees.
    _____/
14  In re:

15  SK FOODS, L.P., a California
    limited partnership, et al.,
16
                Debtors.
17
    BANK OF MONTREAL, as
18  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
19  L.P. and RHM Industrial
    Specialty Foods, Inc, a
20  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
21
                Appellant,
22
                     v.
23
    CALIFORNIA FRANCHISE TAX
24  BOARD, et al.,

25              Appellees.
    _____/
26
```

4

```
 1  In re:
 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
             Debtors.
 4
    BANK OF MONTREAL, as
 5  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 6  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 7  California corporation, d/b/a
    Colusa County Canning Co.,                    CIV. NO. S-11-1853 LKK
 8
             Appellant,
 9
                 v.
10
    CARY SCOTT COLLINS, et al.,
11
             Appellees.
12  _____/
    In re:
13
    SK FOODS, L.P., a California
14  limited partnership, et al.,
15           Debtors.
16  BANK OF MONTREAL, as
    Administrative Agent, successor
17  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
18  Specialty Foods, Inc, a
    California corporation, d/b/a
19  Colusa County Canning Co.,                    CIV. NO. S-11-1855 LKK
20           Appellant,
21               v.
22  CARY SCOTT COLLINS, et al.,
23           Appellees.
    _____/
24
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOOD, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP, Chapter 11
    Trustee,
 5
            Plaintiff,                    CIV NO. S-12-775 LKK
 6
                v.
 7
    SSC FARMS 1, LLC, et al.,
 8
            Defendants.
 9  _____/
    IN RE:
10
    SK FOODS, L.P.,
11
            Debtor.
12
    SCOTT SALYER, et al.,                 CIV. NO. S-11-2987 LKK
13
            Appellants,
14
                v.
15
    SK FOODS, L.P., et al.,
16
            Appellees.
17  _____/
    IN RE:
18
    SK FOODS, L.P., a California
19  limited partnership,

20          Debtor.

21  CARY COLLINS and COLLINS &
    ASSOCIATES,
22
            Appellants,                   CIV. NO. S-12-0655 LKK
23
                v.
24
    BRADLEY D. SHARP, Chapter 11
25  Trustee,
            Appellee.
26  _____/
```

6

```
IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

SSC FARMS 1, LLC, et al.,

         Appellants,                      CIV. NO. S-12-0894 LKK

              v.

BRADLEY SHARP, et al.,                    O R D E R

         Appellees.
_____/
```

The court hereby orders as follows:

1. The following motions, currently scheduled for May 21, 2012, are hereby **RE-SCHEDULED** for June 4, 2012 at 10:00 a.m. in Courtroom 4:

        Civ. No. 2:12-894[1]
        Civ. No. 2:11-2987[2]

The May 21, 2012 hearing date is hereby **VACATED**.

2. The following matters will also be heard on June 4, 2012 (as currently scheduled):[3]

        Civ. No. 2:11-1839
        Civ. No. 2:11-1840
        Civ. No. 2:11-1841
        Civ. No. 2:11-1842
        Civ. No. 2:11-1845

---

[1] Motions by SSC Farming relating to Order Compelling Production from Collins and Collins & Associates; Farella Braun + Martel LLP's motion to withdraw as counsel.

[2] Trustee's appeal of order approving compromise; Farella Braun + Martel LLP's motion to withdraw as counsel.

[3] Trustee's appeals of orders staying proceedings, and motions to strike.

7

```
     Civ. No. 2:11-1846
     Civ. No. 2:11-1847
     Civ. No. 2:11-1849
     Civ. No. 2:11-1850
     Civ. No. 2:11-1853
     Civ. No. 2:11-1855
```

3.  The following motion will also be heard on June 4, 2012 (as currently scheduled):

    Civ. No. 2:12-775[4]

    IT IS SO ORDERED.

    DATED: May 15, 2012.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

---

[4] Motions by Collins and Collins and Associates, relating to Order Compelling Production from Collins and Collins & Associates.

8