UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership,

       Debtors.
_____/
BRADLEY D. SHARP, et al.,

       Plaintiffs,

          v.                            CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST, et al.,

       Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

       Debtors.
_____/

BRADLEY D. SHARP, et al.,

       Plaintiffs,

          v.                            CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

       Defendants.
_____/

```
 1  In re:
 2  SK FOODS, L.P., a California
    limited partnership,
 3
               Debtors.
 4  _____/
    BRADLEY D. SHARP, et al.,
 5
               Plaintiffs,
 6
                    v.                         CIV. NO. S-11-1841 LKK
 7
    SCOTT SALYER, as trustee of
 8  the Scott Salyer Revocable
    Trust, et al.,
 9
               Defendants.
10  _____/
    In re:
11
    SK FOODS, L.P., a California
12  limited partnership,

13             Debtors.
    _____/
14  BRADLEY D. SHARP, et al.,

15             Plaintiffs,

16                  v.                         CIV. NO. S-11-1842 LKK

17  SSC FARMS 1, LLC, et al.,

18             Defendants.
    _____/
19  In re:

20  SK FOODS, L.P., a California
    limited partnership,
21
               Debtors.
22  _____/
    BANK OF MONTREAL, as
23  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
24  L.P. and RHM Industrial
    Specialty Foods, Inc, a
25  California corporation, d/b/a
    Colusa County Canning Co.,
26
```

2

```
 1            Appellant,
 2               v.                              CIV. NO. S-11-1845 LKK
 3  SCOTT SALYER, et al.,
 4            Appellees.
   _____/
 5  In re:
 6  SK FOODS, L.P., a California
    limited partnership,
 7
              Debtors.
 8  _____/
    BANK OF MONTREAL, as
 9  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
10  L.P. and RHM Industrial
    Specialty Foods, Inc, a
11  California corporation, d/b/a
    Colusa County Canning Co.,
12
              Appellant,
13
                 v.                              CIV. NO. S-11-1846 LKK
14
    INTERNAL REVENUE SERVICE, et al.,
15
              Appellees.
16  _____/
    In re:
17
    SK FOODS, L.P., a California
18  limited partnership, et al.,
19            Debtors.
20  BANK OF MONTREAL, as
    Administrative Agent, successor
21  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
22  Specialty Foods, Inc, a
    California corporation, d/b/a
23  Colusa County Canning Co.,        CIV. NO. S-11-1847 LKK
24            Appellant,
25               v.
26  CSSS, L.P.,
```

```
               Appellee.
      _____/
      In re:

      SK FOODS, L.P., a California
      limited partnership, et al.,

               Debtors.

      BANK OF MONTREAL, as
      Administrative Agent, successor
      by Assignment to Debtors SK Foods,
      L.P. and RHM Industrial
      Specialty Foods, Inc, a
      California corporation, d/b/a
      Colusa County Canning Co.,                CIV. NO. S-11-1849 LKK

               Appellant,

                     v.

      CALIFORNIA FRANCHISE TAX
      BOARD, et al.,

               Appellees.
      _____/
      In re:

      SK FOODS, L.P., a California
      limited partnership, et al.,

               Debtors.

      BANK OF MONTREAL, as
      Administrative Agent, successor
      by Assignment to Debtors SK Foods,
      L.P. and RHM Industrial
      Specialty Foods, Inc, a
      California corporation, d/b/a
      Colusa County Canning Co.,                CIV. NO. S-11-1850 LKK

               Appellant,

                     v.

      CALIFORNIA FRANCHISE TAX
      BOARD, et al.,

               Appellees.
      _____/
```

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BANK OF MONTREAL, as
 5  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 6  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 7  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1853 LKK
 8
              Appellant,
 9
                    v.
10
    CARY SCOTT COLLINS, et al.,
11
              Appellees.
12  _____/
    In re:
13
    SK FOODS, L.P., a California
14  limited partnership, et al.,

15            Debtors.

16  BANK OF MONTREAL, as
    Administrative Agent, successor
17  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
18  Specialty Foods, Inc, a
    California corporation, d/b/a
19  Colusa County Canning Co.,              CIV. NO. S-11-1855 LKK

20            Appellant,

21                  v.

22  CARY SCOTT COLLINS, et al.,

23            Appellees.
    _____/
24

25  ////

26  ////
```

```
 1  IN RE:

 2  SK FOOD, L.P.,

 3           Debtor.

 4  BRADLEY D. SHARP, Chapter 11
    Trustee,
 5
             Plaintiff,                   CIV NO. S-12-775 LKK
 6
                  v.
 7
    SSC FARMS 1, LLC, et al.,
 8
             Defendants.
 9  _____/
    IN RE:
10
    SK FOODS, L.P.,
11
             Debtor.
12
    SCOTT SALYER, et al.,                 CIV. NO. S-11-2987 LKK
13
             Appellants,
14
                  v.
15
    SK FOODS, L.P., et al.,
16
             Appellees.
17  _____/
    IN RE:
18
    SK FOODS, L.P., a California
19  limited partnership,

20           Debtor.

21  CARY COLLINS and COLLINS &
    ASSOCIATES,
22
             Appellants,                  CIV. NO. S-12-0655 LKK
23
                  v.
24
    BRADLEY D. SHARP, Chapter 11
25  Trustee,
             Appellee.
26  _____/
```

```
IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

SSC FARMS 1, LLC, et al.,

         Appellants,                    CIV. NO. S-12-0894 LKK

              v.

BRADLEY SHARP, et al.,                  O R D E R

         Appellees.
_____/
```

The court hereby orders as follows:

1. The following motions, currently scheduled for May 21, 2012, are hereby **RE-SCHEDULED** for June 4, 2012 at 10:00 a.m. in Courtroom 4:

    Civ. No. 2:12-894[1]
    Civ. No. 2:11-2987[2]

The May 21, 2012 hearing date is hereby **VACATED**.

2. The following matters will also be heard on June 4, 2012 (as currently scheduled):[3]

    Civ. No. 2:11-1839
    Civ. No. 2:11-1840
    Civ. No. 2:11-1841
    Civ. No. 2:11-1842
    Civ. No. 2:11-1845

---

[1] Motions by SSC Farming relating to Order Compelling Production from Collins and Collins & Associates; Farella Braun + Martel LLP's motion to withdraw as counsel.

[2] Trustee's appeal of order approving compromise; Farella Braun + Martel LLP's motion to withdraw as counsel.

[3] Trustee's appeals of orders staying proceedings, and motions to strike.

7

```
        Civ. No. 2:11-1846
        Civ. No. 2:11-1847
        Civ. No. 2:11-1849
        Civ. No. 2:11-1850
        Civ. No. 2:11-1853
        Civ. No. 2:11-1855
```

3.  The following motion will also be heard on June 4, 2012 (as currently scheduled):

   Civ. No. 2:12-775[4]

   IT IS SO ORDERED.

   DATED:  May 15, 2012.

   /s/ Lawrence K. Karlton
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

---

[4] Motions by Collins and Collins and Associates, relating to Order Compelling Production from Collins and Collins & Associates.